**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6821

ROBERT LEE REYNOLDS, II,

        Plaintiff - Appellant,

    v.

J. NEAL, Unit Manager at FCI Edgefield; JOHN J. LAMANNA,
Warden at FCI Edgefield; RAY HOLT, Regional Director; HARRELL
WATTS, General Counsel,

        Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Cameron McGowan Currie, District
Judge.  (4:07-cv-01724-CMC)

Submitted:  September 16, 2008    Decided:  September 23, 2008

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Lee Reynolds, II, Appellant Pro Se.  Beth Drake, Assistant
United States Attorney, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Lee Reynolds, II, appeals from the district court's order adopting the magistrate judge's recommendation and dismissing his <u>Bivens</u>[*] action. Our review of the record discloses that this appeal is without merit. Accordingly, we affirm the district court's dismissal on the reasoning of the district court. <u>Reynolds v. Neal</u>, No. 4:07-cv-01724-CMC (D.S.C. May 12, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]<u>See</u> <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971).